State of North Carolina
County of Mecklenburg

United States District Court
Western District of North Carolina
Case # (20CR206428)

08/02/24 filing (Habeas corpus complaint) or writ

FILED
CHARLOTTE, NC
AUG - 5 2024
US DISTRICT COURT
WESTERN DISTRICT OF NC

My name is Dayshawn Beckham, 1394471 date of birth (June 7th 1996) I am filing the Habeas corpus writ/complaint to be released from confinement of my current pending criminal charge First-degree murder (20CR206428-590) as pro se Plaintiff, no jury, and I name the defendant's as follows: Gary L McFadden, Mecklenburg county Jail, Mecklenburg county, the Superior court of Mecklenburg county.

## Background Story

I have been detained for First-degree murder (20CR206428) since Feb, 19, 2020 as a potiental suspect, not as the perpatrator and there are no evidence that shows I am involved in the incident altogether. A motion for speedy trial was filed on March, 16, 2021 and I entered a not-guilty plea on Feb, 25, 2021. My demand for speedy trial was never answered and I was never released after the two trial terms was past and on or about May, 11th, 2023 a motion to modify terms and condition of release was filed because of my fifth, sixth and fourteenth Amendment state and federal constitutional right to a speedy trial and due process was violated. Again the court's never answered the motion for modified terms and conditions of my released and I never asked or known of any contenuances that was filed in the entire case.