# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| **Dayshawn Beckham,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 3:24-cv-00725-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| **Garry L. McFadden, et al.,** | ) | |
| Respondents. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 28, 2024 Order.

August 28, 2024

_____

Katherine Hord Simon, Clerk
United States District Court